The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR13-147JLR |
| Plaintiff, | ORDER GRANTING MOTION TO FILE OVERLENGTH BRIEF |
| v. | |
| CHRISTINA CARLSON, | |
| Defendant. | |

Upon the motion of the Defense to file an Overlength Renewed Motion for Compassionate Release in excess of the twelve-page limitation imposed by Local Rule 12(b)(5) of the Rules of the United States District Court for the Western District of Washington,

IT IS HEREBY ORDERED that leave of court is hereby granted for the defendant to file a Renewed Motion for Compassionate Release not to exceed 16 pages.

IT IS SO ORDERED.

DONE this 28th day of December, 2020.

*[signature]*

JUDGE JAMES L. ROBART
UNITED STATES DISTRICT COURT

Presented by:

s/ *Andrew Kennedy*
Assistant Federal Public Defender
Attorney for Christina Carlson

ORDER GRANTING MOTION
TO FILE OVERLENGTH BRIEF
(*Christina Carlson*; CR13-147JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA  98101
(206) 553-1100