1

The Honorable James L. Robart

2

3

4

5

6

7

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10

11

12

13

| UNITED STATES OF AMERICA, | NO.  13-CR-0147 JLR |
|---|---|
| Plaintiff | |
| v. | **ORDER GRANTING** |
| CHRISTINA D. CARLSON, | **STIPULATED BRIEFING** |
| Defendant. | **SCHEDULE** |

14

     This Court, having reviewed the Stipulated Motion of the Parties proposing

15

a briefing schedule for the defendant's motion for reduction in sentence, hereby states that

16

IT IS ORDERED the motion be granted and that the briefing schedule should be as follows:

17

     a.    The government's response to the motion should be filed on or before

18

          January 14, 2021; and

19

     b.    Any reply should then be filed on or before January 18, 2021, and the

20

          matter noted for that date.

21

     DATED this 28th day of December, 2020.

22

23

24

JAMES L. ROBART
United States District Court Judge

25

26

Presented by:
*/s/ Helen J. Brunner*

27

HELEN J. BRUNNER
Assistant United States Attorney

28

ORDER SETTING BRIEFING SCHEDULE/
*United States v. Carlson,* CR13-0147 JLR - 1