UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTINA D. CARLSON | Case No. CR13-0147JLR<br><br>ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)<br><br>(COMPASSIONATE RELEASE) |

Upon motion of the defendant for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission,

IT IS ORDERED that the motion is DENIED after complete review of the motion on the merits.

The court conducted a complete review of the motion (Dkt. # 56). Factors considered included: Defendant's age – 44; Defendant's medical conditions including type 2 diabetes, hypertension, respiratory infection, and depression; the BOP facility where Defendant is housed and the operating procedures there; Defendant's Compassionate Release Investigation and Release Plan; the § 3553(a) factors; Defendant's guilty pleas to Murder in the Second Degree and Criminal Mistreatment in the First Degree; Defendant's 180-month sentence, May 6, 2026 release date, and requested sentence reduction of 87 months; the opposition to release of the Tulalip Tribes; and continuing issues of Defendant potentially being a danger to others and the

//

//

//

community.  Defendant has not established extraordinary and compelling reasons to support the motion.  Therefore, the motion (Dkt. # 56) is DENIED.

IT IS SO ORDERED.

Dated:  February 4th, 2021.

JAMES L. ROBART
United States District Judge